```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 01959
    VERONICA SALAZAR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-9019


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 01/20/2005 and was confirmed 03/07/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 07/09/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
CITIFINANCIAL              SECURED            5300.00         1733.27       4015.62
CITIFINANCIAL              MORTGAGE ARRE       415.04             .00        415.04
MIDFIRST BANK              CURRENT MORTG     31425.81             .00      31425.81
MIDFIRST BANK              MORTGAGE ARRE      2977.32             .00       2977.32
SILVERLEAF RESORTS INC     SECURED            3620.89          197.01       3620.89
WELLS FARGO FINANCIAL      SECURED            6750.00          377.75       6750.00
WELLS FARGO FINANCIAL      UNSECURED          5752.51             .00       1409.97
INTERNAL REVENUE SERVICE   PRIORITY           5566.26          707.13       5566.26
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED             .00            .00
ISAC                       UNSEC W/INTER      6469.64          520.58       1465.68
ECAST SETTLEMENT CORP      UNSECURED          3156.54             .00        773.67
SHERMAN ACQUISITION        UNSECURED          2569.45             .00        629.77
FIFTH THIRD BANK           UNSECURED          1661.19             .00        407.17
GMAC                       UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED         11711.64             .00       2870.57
SHERMAN ACQUISITION        UNSECURED           408.66             .00        100.16
INTERNAL REVENUE SERVICE   UNSECURED           167.64             .00        167.64
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                         3,723.79
DEBTOR REFUND              REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             72,555.10

PRIORITY                                       5,566.26
    INTEREST                                     707.13
SECURED                                       49,204.68
    INTEREST                                   2,308.03
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 01959 VERONICA SALAZAR

```
UNSECURED                                                    7,824.63
    INTEREST                                                   520.58
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                         3,723.79
DEBTOR REFUND                                                     .00
                                     ----------------    ----------------
TOTALS                                      72,555.10           72,555.10
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 10/18/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```